# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SIXTH STREET PARTNERS MANAGEMENT COMPANY, L.P., SIXTH STREET PARTNERS, L.P., and SPECIAL SITUATIONS GP, LLC, | § § § § § § | No. 133, 2021 |
| Plaintiffs Below, Appellants, | § § § § | Court Below—Court of Chancery of the State of Delaware |
| v. | § § | |
| DYAL CAPITAL PARTNERS III (A) LP, DYAL CAPITAL PARTNERS III (B) LP, NB DYAL ASSOCIATES III LP, NB DYAL GP HOLDINGS LLC, DYAL III SLP LP, NB ALTERNATIVES GP HOLDINGS LLC, NB ALTERNATIVES ADVISORS LLC, NEUBERGER BERMAN AA LLC, and NEUBERGER BERMAN GROUP LLC, | § § § § § § § § § § § § | C.A. No. 2021-0127 |
| Defendants Below, Appellees. | § § § | |

Submitted: May 12, 2021
Decided: May 14, 2021

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices, constituting the Court *en Banc*.

## ORDER

This 14th day of May 2021, after careful consideration of the parties' briefs and the record on appeal, and following oral argument, we find it evident that the

final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its April 20, 2021 Order Denying Plaintiffs' Motion for a Preliminary Injunction.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Chief Justice

2